UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOEL RODRIGUEZ ROSALES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-25-1139-J |
| ) | |
| DON JONES, et al., ) | |
| ) | |
| Respondents. ) | |

## ORDER

On September 30, 2025, Petitioner Joel Rodriguez Rosales filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [Doc. No. 1]. The matter was referred to United States Magistrate Judge Suzanne Mitchell who entered two Reports and Recommendations recommending that the Court deny Petitioner's Petition for Writ of Habeas Corpus and Petitioner's motion for temporary restraining order. *See* [Doc. Nos. 12, 13]. Petitioner objected to the Reports and Recommendations, and on November 12, 2025, the Court adopted the Reports and Recommendations, denied Petitioner's motion for temporary restraining order, dismissed Petitioner's habeas petition, and entered judgment. *See* [Doc. Nos. 17 and 18]. Petitioner now asserts that on November 7, 2025, he was removed to Honduras, a country which he states an immigration judge granted deferral of removal from under the Convention Against Torture. Petitioner has now filed a Rule 60(b) motion to alter judgment [Doc. No. 19] and an emergency motion for temporary restraining order and preliminary injunction [Doc. No. 20].

The Court hereby RE-REFERS this matter to Judge Mitchell to address the newly filed motions, for the entry of appropriate orders, and for the preparation and submission of a report and recommendation.

2

IT IS SO ORDERED this 31st day of December, 2025.

                                                    BERNARD M. JONES
                                                    UNITED STATES DISTRICT JUDGE