## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JOEL RODRIGUEZ ROSALES,** ) | |
| ) | |
| Petitioner, ) | |
| v. ) | Case No. CIV-25-1139-J |
| ) | |
| **DON JONES et al.,** ) | |
| ) | |
| Respondents. ) | |

### ORDER

The undersigned has reviewed Petitioner's emergency motion for a temporary restraining order and preliminary injunction, Doc. 20, and determines that Respondents should be given the opportunity to respond. The Court orders Respondents to file a response to the motion by Monday, January 5, 2026.

**SO ORDERED** this 2nd day of January, 2026.

_____
SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE