UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOEL RODRIGUEZ ROSALES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-25-1139-J |
| ) | |
| DON JONES, et al., ) | |
| ) | |
| Respondents. ) | |

## ORDER

On December 30, 2025, Petitioner filed a Motion to Alter Judgment under Rule 60(b) [Doc. No. 19] and an Emergency Motion for Temporary Restraining Order and Preliminary Injunction [Doc. No. 20]. These motions were referred to United States Magistrate Judge Suzanne Mitchell. *See* [Doc. No. 21]. On January 7, 2026, Judge Mitchell entered a Supplemental Report and Recommendation recommending the Court grant the emergency motion for a preliminary injunction and defer from ruling on Petitioner's pending Rule 60(b) motion. The parties were advised of their right to object to the Report and Recommendation by January 10, 2026. Respondents have filed an objection. *See* [Doc. No. 25]. In their objection, Respondents advise the Court that upon learning of the error, they began facilitating Petitioner's return, and a ticket is being secured to return Petitioner from Honduras. Based upon the information contained in Respondent's objection, the Court FINDS that Petitioner's motions [Doc. Nos. 19 and 20] and the Supplemental Report and Recommendation [Doc. No. 24] are now moot.[1]

---

[1] If circumstances change, Petitioner may file an appropriate motion/new case.

IT IS SO ORDERED this 13th day of January, 2026.

                                                  BERNARD M. JONES, II
                                                  UNITED STATES DISTRICT JUDGE